Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ROBERTO MARROQUIN-LIMA, | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 25-CV-6090 |
| Petitioner, | |
| v. | |
| JOSEPH E. FREDEN, in his official capacity as ICE Deputy Field Office Director, | |
| Respondent. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petitioner be granted a bond hearing before an Immigration Judge pursuant to Order. Judgment is issued in favor of the Petitioner.

| | |
|---|---|
| Date: April 21, 2025 | MARY C. LOEWENGUTH |
| | CLERK OF COURT |
| | |
| | By: s/Rosemarie M. Eby-Collom |
| |         Deputy Clerk |